[No. 25168-0-II.   Division Two.   May 25, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID C. VESSEY, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 99-1-00065-9, George L. Wood, J., entered September 17, 1999. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Hunt, A.C.J., and Morgan, J.

[No. 25240-6-II.   Division Two.   May 25, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES ANTHONY LONGJAW, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 99-1-00325-0, James D. Ladley, J., entered October 14, 1999. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Hunt, A.C.J., and Quinn-Brintnall, J.

[No. 25375-5-II.   Division Two.   May 25, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. BRADLEY C. SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 99-1-00158-6, F. Mark McCauley and David E. Foscue, JJ., entered November 22, 1999. *Affirmed* by unpublished opinion per Hunt, A.C.J., concurred in by Morgan and Bridgewater, JJ.

[No. 25621-5-II.   Division Two.   May 25, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT W. DUKOWITZ, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-1-01945-5, Frederick W. Fleming, J., entered February 11, 2000. *Reversed with instructions* by unpublished opinion per Bridgewater, J., concurred in by Hunt, A.C.J., and Morgan, J.